IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| SENDSIG, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SQUARE, INC.,<br><br>        Defendant. | CIVIL ACTION NO. _____<br><br><br>**JURY TRIAL REQUESTED** |

## COMPLAINT FOR PATENT INFRINGEMENT

SendSig, LLC ("SendSig" or "Plaintiff") alleges the following as its Complaint for Patent Infringement against Defendant Square, Inc. ("Square" or "Defendant"):

## THE PARTIES

1.      SendSig is a limited liability company organized and existing under the laws of the State of Georgia with its principal office at Day Building, 4725 Peachtree Corners Circle, Suite 320, Peachtree Corners, GA 30092.

2.      Defendant Square, Inc. is a corporation organized and existing under the laws of the State of Delaware.

3.     Square has a principal place of business at 1455 Market Street, Suite 600, San Francisco, CA 94103.

4.     Defendant has a regular and established place of business at 271 17th Street NW, Suite1850, Atlanta, Georgia 30363.

5.     Defendant may be served with process by delivering a summons and a true and correct copy of this complaint to Square's registered agent for the receipt of service of process, National Registered Agents, Inc., 289 Culver Street, Lawrenceville, Georgia 30046.

6.     Square has several active ads to hire Atlanta, Georgia workers, including job openings in Design, Engineering, Software Product Management, and Support, and specifically for a Senior Product Designer (Commerce Platform), Senior Software Engineer (Payments), Engineering Manager, Payment Acceptance Reliability, Product Manager, and Customer Service Manager. https://squareup.com/careers/jobs?location=Atlanta%2C+United+States

7.     In 2018 Square expanded its office in Atlanta and had nearly doubled its workforce, adding 60 new jobs.



https://www.sellercommunity.com/t5/Seller-Community-Events/Atlanta-Sellers-You-re-invited-to-an-Email-Marketing-Workshop-at/m-p/80008#M404

8.     Square's website allows the user to select between locations when searching for job openings (including its Atlanta, Georgia office).

https://squareup.com/careers/jobs



9.    Square products have been used and sold in Georgia.



https://www.sellercommunity.com/t5/forums/searchpage/tab/message?q=atlanta



https://www.sellercommunity.com/t5/Welcome-New-Members/Welcome-Wednesday-April-19th/m-p/36111#M92

10.    Square holds events for its customers, referred to as "Sellers," in Atlanta, including "Square Night School," the most recent of which was in June 2019

## Description

Learn about all the Square products and features available to help you run your business.

Course ticket includes:
- Access to one course
- Complimentary hardware
- Food and beverage
- Swag

## Tags

## Date And Time

Fri, June 14, 2019
6:00 PM – 8:00 PM EDT
Add to Calendar

## Location

Square's Atlanta Office
271 17th Street NW Suite
Suite 1850
Atlanta, GA 30363
View Map

✉ Contact Event Organizer



**Self Made Night School: Square Solutions: Get the most out of Square tools**

at

**Square's Atlanta Office**

271 17th Street NW Suite Suite 1850, Atlanta, GA 30363



https://www.eventbrite.com/e/self-made-night-school-square-solutions-get-the-most-out-of-square-tools-tickets-61543918517#



Have questions about Square Payroll benefits? Ask here!

Thread Options ⌄

**KelsyReitz12**
05-09-2019 10:52 AM

Atlanta Sellers: Join us for Square Night School in June!

Square is here to help you grow. We have all the hardware, software, and payment tools you need to make your day-to-day easier. Now we want to give you the opportunity to learn from Atlanta -based thought leaders and business owners through a series of educational courses.

These aren't your average workshops—the days of being talked at for hours are over. We designed these courses to include hands-on learning activities, facilitated networking sessions, and much more.

RSVP HERE

We hope to see you there!

REPLY      ♥ 3 LIKES                                                                      •••

Message 1 of 4 (252 Views)

**3 REPLIES**

**Pesso**
05-09-2019 01:47 PM

This is so cool and such a great idea!

Hope this comes to New York soon!

REPLY      ♥ 1 LIKE                                                                        •••
Message 2 of 4 (244 Views)

**Wandam40**
06-04-2019 09:00 AM

Wow, I just joined the community so unfortunately I can't attend this event 😊 will there be other months done in the ATL area?

REPLY      ♥ 0 LIKES                                                                      •••
Message 3 of 4 (150 Views)

**KelsyReitz12**
06-04-2019 09:04 AM

Hello! @Wandam40 Events are still happening in ATL so you're in luck.

Check out squareup.com/events

REPLY      ♥ 2 LIKES                                                                      •••
Message 4 of 4 (147 Views)

https://www.sellercommunity.com/t5/Seller-Community-Events/Atlanta-Sellers-Join-us-for-Square-Night-School-in-June/m-p/120530#M777

## JURISDICTION AND VENUE

11.     This Court has exclusive subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*, namely §§ 271, 281, 284, and 285.

12.     Square has a regular and established place of business in this judicial district.

13.     Defendant has a regular and established place of business in this judicial district at 271 17th Street NW, Suite 1850, Atlanta, Georgia 30363.

14.     Square has used or sold its products in this judicial district.

15.     Square has offered to sell its products in this judicial district.

16.     Square is registered to do business in the State of Georgia.

17.     Square is subject to personal jurisdiction in this Court because Square has a regular and established place of business in this judicial district, has minimum contacts with the State of Georgia, and has purposefully availed itself of the privileges of conducting business in the State of Georgia, including through the sale and offer for sale of products accused of infringement in this action throughout the State of Georgia and this judicial district

18.     Venue is proper in this Court pursuant to 28 U.S.C. § 1400(b) on the grounds that Defendant has committed acts of infringement and has a regular and established place of business in this judicial district.

## FACTUAL BACKGROUND

19.     SendSig is the owner by assignment of all right, title and interest in and to United States Patent Number 6,564,249 B2, titled "Method and System for Creating and Sending Handwritten or Handdrawn Messages" ("the '249 Patent"), including the right to sue for all past, present, and future infringement.

20.     Exhibit A is a true and correct copy of the '249 Patent.

21.     The '249 Patent issued from U.S. patent application number 09/978,472 ("the '472 Application") filed on October 15, 2001, which is a continuation-in-part of U.S. patent application number 09/687,351 ("the '351 Application") filed on October 11, 2000.

22.     Following a full examination, the Patent Office issued the '249 Patent on May 13, 2003.

23.     The '249 Patent is valid and enforceable.

## SUBJECT MATTER OF THE '249 PATENT

24.     The '249 Patent describes a method and system for "setting up a graphical data capture area into which a user can enter handwritten or handdrawn

input through a suitable graphical input device, and for capturing the handwritten or handdrawn input as graphical data and sending it as an email message on the network." '249 Patent at 2:40-45.

25.   The '249 Patent recognized that, by the time the '351 Application was filed in 2000, "there is a clear need for an electronic messaging system that allows people to communicate with their own handwriting or drawing, as contrasted to typed text. This need will continue to grow as the numbers of global users and Internet-connected devices increase." '249 Patent at 2:11-15.

26.   As of the time the '351 Application was filed, "none of the [then] current electronic messaging methods allow[ed] a user to compose, manipulate, store, send, receive, and view a handwritten or handdrawn email message." '249 Patent at 2:15-18.

27.   The '249 Patent teaches an electronic messaging system that allows a sender to input a handwritten or handdrawn message.

28.   Figures 7A and 7B from the '249 Patent (shown below) illustrate a user interface for composing and sending a handwritten electronic message.



FIG. 7A



FIG. 7B

## SQUARE, INC. AND THE SQUARE POS SYSTEM



29.    Square makes and sells payment, software, and hardware systems that enable, among other things, "easily swiping credit and debit cards on your phone to building out a custom solution on [Square's] payment platform, or even selling online."   https://squareup.com/us/en



**Accept all types of payments everywhere you sell.**

From easily swiping credit and debit cards on your phone to building out a custom solution on our payment platform, or even selling online—we've got you covered.

Start accepting payments ›

**See how Square tools are built to work together.**

Our payment, software, and hardware systems can help any type of business, at any stage of business, take care of all kinds of business—from Square one to whatever's next.

https://squareup.com/us/en

30.     Square makes, imports, markets, sells, offers to sell, and/or uses (at least as part of its own testing and development) point of sale systems, including software and hardware, known as Square Payments (see e.g., https://squareup.com/us/en/payments ) and Square Point of Sale (see e.g., https://squareup.com/us/en/point-of-sale )  (collectively referred to as "Square POS").

31.     Square makes, imports, markets, sells, offers to sell, and/or uses (at least as part of its own testing and development) Square POS hardware including at least terminals, registers, and stands with built-in magnetic stripe and/or chip (card) readers,    and    standalone    magnetic    stripe    (and    chip)    readers. https://squareup.com/compare-hardware                                                   and https://squareup.com/shop/hardware/us/en .



https://squareup.com/shop/hardware/us/en



[https://squareup.com/us/en/payments/payment-platform](https://squareup.com/us/en/payments/payment-platform)

32.     Square makes, imports, markets, sells, offers to sell, and/or uses (at least as part of its own testing and development) Square POS software including, but not limited to, Square Point of Sale software (see e.g., [https://squareup.com/us/en/point-of-sale](https://squareup.com/us/en/point-of-sale) ), Square APIs and Square SDKs (see e.g., [https://squareup.com/us/en/developers](https://squareup.com/us/en/developers)).



https://squareup.com/us/en/point-of-sale



https://squareup.com/us/en/developers

33.     Square makes, imports, markets, sells, offers to sell, and/or uses (at least as part of its own testing and development) the Square POS system, including its associated software, servers, and hardware ("Accused Products").

34.     Square's magnetic stripe and chip readers are designed to be connected to (either directly or wirelessly), and used with, devices such as mobile phones or tablets that include touch screen displays (collectively, "Square Reader Systems").

35.     Square's terminals, registers, and stands with built-in magnetic stripe and/or chip (card) readers include touch screen displays ("Square Terminals").

36.     Square Reader Systems and Square Terminals display a keypad for use as an input device.

37.     Square Reader Systems and Square Terminals feature a touchscreen providing for user input to the Square POS system.

38.     The Square Reader Systems and Square Terminals include computer executable code ("Square Software").

39.     The Square POS includes, among other things, Square Reader Systems, Square Terminals and Square Software.

40.     Square Software and each of Square Reader Systems and Square Terminals enable a user to use the displayed keypad to input information including, for example, an email address.

41.     The Square POS is a real-time electronic messaging system.

42.     The Square POS provides real-time messaging capability.

43.     The Square POS is cloud-based and includes Square servers.

# What is a cloud POS?

A cloud POS is a web-based point-of-sale system that lets you **process payments** through the Internet — without clunky and expensive servers, or pricy software that makes you buy a new version to upgrade. Cloud-based point-of-sale systems process all payment transactions and updates online, rather than on your local computer.

With Square's cloud POS software, your transaction and sales history are securely stored in the cloud, too. Rather than being tied to a countertop setup like a traditional POS running on a desktop computer, cloud POS systems can run on any device — including tablets and smartphones.

This is ideal for mobile businesses (like food trucks and home repair services). It's also good for brick-and-mortar businesses looking to create a cleaner, more modern register and speed up lines by taking payments from multiple points.

## What does "cloud POS" mean?

When used in the context of computer software, the word "cloud" is just a fancy way of saying "Internet." Cloud POS software is synonymous with "web-based Internet software." When a product is hosted in the cloud, it just means the software and data are stored and accessed on the Internet and not on your device.

**Cloud POS for Restaurants**

Restaurants with multiple locations should also consider cloud POS. A cloud-based POS system for restaurants streamline and centralize your data across all of your locations. At any time, business owners can access sales data and other valuable information from any store as well as perform standardized system updates for every location. Square's restaurant POS system has this functionality plus other additional benefits.

https://squareup.com/us/en/townsquare/cloud-pos

44.     The Square servers are part of a computer network used by Square, its customers, and/or end-users to provide the point-of-sale services provided by the Square POS.

45.     One or more Square servers, as operated and used by Square, its customers, and/or end-users operate as a real-time messaging server for receiving an electronic message sent from a sender and sending it to a recipient to whom it is addressed.

46.     The Square POS can be used to enter an email address (for example, for the purchaser) during the payment process and cause an email with the purchaser's signature to be sent to the email address.

**Send receipts right to their inbox**

Customers sign on the device and choose to receive a
receipt via email or text message. Personalize your
signature screen and receipts with a logo and cover
photo.



https://squareup.com/us/en/payments/in-person-payments

# What is an Automatic Receipt?

When you use a payment card for the first time with a Square Seller, you are asked on the
point of sale device to enter your email address or phone number to receive digital
receipts for future purchases made with this card via email or text message.

At this point, the email address or phone number is attached to that payment card. If you
provided your email address, you will automatically be sent receipts to this address when
you make subsequent purchases with that card at Square Sellers without having to enter in
your email address each time. However, if you provided your phone number, you will still
need to manually choose to receive a receipt via text after each payment with a Square
Seller.

https://squareup.com/help/us/en/article/5212-automatic-receipts

# Information You Provide

We collect information you provide when you upload or send to or through our Services (including information you provide when you request delivery of a digital receipt or schedule an appointment), communicate with us, answer our surveys, upload content, make a payment at a Square Seller, or otherwise use or access the Services.

We collect information from you, including:

- **Identification Information.** Your name; email address; mailing address; phone number; government-issued identification; or other historical, contact, and demographic information, and signature(for example, when you sign a receipt at a Square Seller).

# Digital Receipts

- If you provide a Square Seller with your contact information to receive receipts via email or text message, we and that Seller may store the email address or phone number you provide. We use your email address or phone number to send you a receipt for your purchase, to send you promotional messages from Sellers you have visited (subject to our legal obligations and your communication preferences), to automatically send you digital receipts for future purchases you make from other Sellers, and to allow Sellers you have visited to send you messages via Square. Digital receipts may contain additional messages, offers, or links that may be of interest to you. For example, you may be able to submit feedback to a Seller, share your experience on social media, view your purchase history, join programs, visit websites, or take advantage of promotions. When you submit or share information through a receipt (such as submitting feedback), we may share that information with Sellers and you may receive responses. This notice does not describe the practices of Sellers that may receive or collect information from you. We encourage you to ask them about their privacy practices before providing any information to them.

https://squareup.com/us/en/legal/general/privacy-no-account

47.    The Square POS includes a remote client device (Square Reader Systems and Square Terminals) for the sender (the Square customer or end-user) that is connectable to the Square servers through the Square POS cloud-based connectivity (an online data connection to the network).

48.    The images below demonstrate using a client component (the Square Terminal Software) operating on a Square Terminal or Square Reader System for setting up a graphical data capture area in a visual interface of the Square Terminal or Square Reader System.



And Square Stand swivels so customers can easily sign and tip right on the iPad.



## Accept all types of payments everywhere you sell.

From easily swiping credit and debit cards on your phone to building out a custom solution on our payment platform, or even selling online—we've got you covered.

Start accepting payments ›

49.     The images immediately above demonstrate that the Square Terminal Software includes a graphical input device (at least the portion of the Square Terminal Software responsible for processing handwritten input from the touchscreen interface of the Square Terminal or Square Reader System) that is

operatively coupled to the graphical data capture area for allowing the user to enter handwritten or handdrawn input through the graphical input device.

50.    The graphical input device of the Square Terminal Software also captures the handwritten or handdrawn input as graphical data and sends it as an electronic message to the Square server component via the network so that it can be sent to the recipient addressed.

51.    The Square POS captures handwritten data and sends it, through the Square server component via the network, to the recipient addressed.





**Send receipts right to their inbox**

Customers sign on the device and choose to receive a receipt via email or text message. Personalize your signature screen and receipts with a logo and cover photo.

52.     The image below demonstrates that the signature portion of the email shown in the above image is graphical data that is selectable from within the email to save as a picture.



53.     Square encourages its customers and end-users to input email addresses for the Square POS system to send electronic messages that include graphical data such as the signature shown in the images above.

54.     In normal operation as intended by Square, the Square POS system can and does send electronic messages from the Square server to other remote client devices (such as laptops, mobile phones, tablets, and the like) through an online data connection to the network (e.g., the internet).

55.     Square encourages customers and end-users to use their personal email services to receive the electronic message and view it as a handwritten or handdrawn message.

56.     Square provides technical details about the Accused Products and services at https://squareup.com/us/en.

57.     The    information    about    the    Accused    Products    found    at https://squareup.com/us/en accurately describes the operation of the Accused Products.

58.     Square provides technical details about the Accused Products and services at https://squareup.com/us/en/payments .

59.     The    information    about    the    Accused    Products    found    at https://squareup.com/us/en/payments accurately describes the operation of the Accused Products.

60.     Square provides technical details about the Accused Products and services at https://squareup.com/us/en/point-of-sale .

61.     The     information     about     the     Accused     Products     found     at https://squareup.com/us/en/point-of-sale accurately describes the operation of the Accused Products.

62.     Square provides technical details about the Accused Products and services at https://squareup.com/shop/hardware/us/en .

63.     The     information     about     the     Accused     Products     found     at https://squareup.com/shop/hardware/us/en accurately describes the operation of the Accused Products.

64.     Square provides technical details about the Accused Products and services at https://squareup.com/us/en/payments/payment-platform.

65.     The     information     about     the     Accused     Products     found     at https://squareup.com/us/en/payments/payment-platform accurately describes the operation of the Accused Products.

66.     Square provides technical details about the Accused Products and services at https://squareup.com/us/en/developers.

67.     The     information     about     the     Accused     Products     found     at https://squareup.com/us/en/developers accurately describes the operation of the Accused Products.

68.     Square provides technical details about the Accused Products and services at https://squareup.com/us/en/townsquare/cloud-pos.

69.     The    information    about    the    Accused    Products    found    at https://squareup.com/us/en/townsquare/cloud-pos    accurately    describes    the operation of the Accused Products.

70.     Square provides technical details about the Accused Products and services at https://squareup.com/us/en/payments/in-person-payments.

71.     The    information    about    the    Accused    Products    found    at https://squareup.com/us/en/payments/in-person-payments accurately describes the operation of the Accused Products.

## COUNT I – DIRECT INFRINGEMENT OF '249 PATENT

72.     SendSig realleges and incorporates by reference the allegations set forth above, as if set forth verbatim herein.

73.     Square has directly infringed the '249 Patent in violation of 35 U.S.C. § 271(a) by making, using (including its own use and testing), selling, or offering to sell in the United States, or importing into the United States the Square POS system, associated software, servers, hardware and software that embody at least claim 1.

74.    The particular combination of claim elements recited in claim 1 of the '249 Patent was not well-understood, routine, or conventional to a skilled artisan in the relevant field at the time of the inventions.

75.    Infringing products include the Square POS system and other branded solutions with the same or similar features and functionality that satisfy each element of the asserted claim of the '249 Patent

76.    The Accused Products satisfy each and every element of the asserted claim of the '249 Patent either literally or under the doctrine of equivalents.

77.    Square has no authority or license to practice any claim of the '249 Patent.

78.    SendSig is entitled to recover from Square compensation in the form of monetary damages suffered as a result of Square's infringement of the '249 Patent in an amount that cannot be less than a reasonable royalty together with interest and costs as fixed by this Court.

## COUNT II – INDUCED INFRINGEMENT OF '249 PATENT

79.    SendSig realleges and incorporates by reference the allegations set forth above, as if set forth verbatim herein.

80.    Since the filing of this Complaint giving notice of infringement and details about the acts constituting infringement of the '249 Patent, Square has

actively and intentionally induced the direct infringement by others (namely, restaurants and customers) of at least claim 1 in violation of 35 U.S.C. § 271(b).

81.     Square provides instructions that encourage and direct performance of steps and operation that constitute infringement of the '249 Patent.

82.     SendSig is entitled to recover from Square compensation in the form of monetary damages suffered as a result of Square's infringement of the '249 Patent in an amount that cannot be less than a reasonable royalty together with interest and costs as fixed by this Court.

## JURY DEMAND

83.     Plaintiff hereby demands a trial by jury of all issues so triable pursuant to Fed. R. Civ. P. 38.

## PRAYER FOR RELIEF

SendSig respectfully requests that the Court find in its favor and against Square, and that the Court grant Plaintiff the following relief:

A.     Judgment that Square infringes one or more claims of the '249 Patent;

B.     An accounting and an award to SendSig of damages adequate to compensate Plaintiff for the Defendant's acts of infringement (but in no event less than a reasonable royalty), together with pre-judgment and post-judgment interest and costs pursuant to 35 U.S.C. § 284;

C.    Finding that this is an exceptional case and award Plaintiff its
reasonable attorneys' fees and expenses in accordance with 35 U.S.C.
§ 285; and

D.    Any further relief that this Court deems just and proper.


Respectfully submitted this 19th day of August, 2019.


By: */s/ Daniel A. Kent*
Daniel A. Kent
Georgia Bar No. 415110
dankent@kentrisley.com
**KENT & RISLEY LLC**
5755 N. Point Pkwy Ste 57
Alpharetta, GA 30022
Tel: (404) 585-4214
Fax: (404) 829-2412

Cabrach J. Connor
Texas Bar No. 24036390
*Pending pro hac vice application*
cab@connorkudlaclee.com
Jennifer Tatum Lee
Texas Bar No. 24046950
*Pending pro hac vice application*
jennifer@connorkudlaclee.com
Kevin S. Kudlac
Georgia Bar No. 429946
Texas Bar No. 00790089
kevin@connorkudlaclee.com

**CONNOR KUDLAC LEE PLLC**
609 Castle Ridge Road, Suite 450
Austin, Texas 78746

Tel: (512) 777-1254
Fax: (888) 387-1134


**ATTORNEYS FOR PLAINTFF**
**SENDSIG, LLC**