IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SENDSIG, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SQUARE, INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO.<br><br><br>**JURY TRIAL REQUESTED** |

## SENDSIG, LLC'S RULE 7.1
## CORPORATE DISCLOSURE STATEMENT

Plaintiff SendSig, LLC certifies the following corporate information as required by Federal Rule of Civil Procedure 7.1:

1.　SendSig, LLC is a company formed under the laws of the state of Georgia with its principal place of business in Peachtree Corners, Georgia.

2.　No publicly held corporation owns 10% or more of SendSig, LLC's stock.

Dated:  August 19, 2019.	Respectfully submitted,

By: */s/ Daniel A. Kent*
Daniel A. Kent
Georgia Bar No. 415110
dankent@kentrisley.com
**KENT & RISLEY LLC**
5755 N. Point Pkwy Ste 57
Alpharetta, GA 30022
Tel: (404) 585-4214
Fax: (404) 829-2412

Cabrach J. Connor
Texas Bar No. 24036390
*Pending pro hac vice application*
cab@connorkudlaclee.com
Jennifer Tatum Lee
Texas Bar No. 24046950
*Pending pro hac vice application*
jennifer@connorkudlaclee.com
Kevin S. Kudlac
Georgia Bar No. 429946
Texas Bar No. 00790089
kevin@connorkudlaclee.com

**CONNOR KUDLAC LEE PLLC**
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
Tel: (512) 777-1254
Fax: (888) 387-1134

**ATTORNEYS FOR PLAINTFF
SENDSIG, LLC**