IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SendSig, LLC, | |
| Plaintiff, | The Honorable J. P. Boulee |
| - vs. - | No. 1:19-cv-03733-JPB |
| Square, Inc., | |
| Defendant. | |

## JOINT MOTION TO MODIFY DEADLINES

Plaintiff SendSig, LLC ("SendSig") and Defendant Square, Inc. ("Square") respectfully move to modify various deadlines in this case to avoid interfering with the holidays and the parties' travel schedules.

Plaintiff SendSig filed this action on August 19, 2019, accusing Square of infringing U.S. Patent No. 6,564,249. (D.I. 1.) On October 15, 2019, Square moved to dismiss the case for failure to state a claim. (D.I. 11.) SendSig filed its First Amended Complaint on October 29, 2019, pursuant to Federal Rule of Civil Procedure 15(a)(1), which rendered the then-pending motion to dismiss moot. (D.I. 17, 19.)

1

The parties have met and conferred and discussed their periods of unavailability due to holiday commitments and travel obligations. The parties have agreed to the briefing schedule below to accommodate their respective obligations:

1. Square shall file its renewed motion to dismiss or otherwise respond to SendSig's First Amended Complaint on or before December 11, 2019;

2. SendSig shall file its brief in opposition to Square's motion on or before January 13, 2020; and

3. Square shall file its reply in support of its motion to dismiss on or before January 31, 2020.

November 12, 2019                              Respectfully submitted,

*s/ Daniel A. Kent*                            *s/ Todd E. Jones*
 Daniel A. Kent                                 Todd E. Jones
 Georgia Bar No. 415110                         Georgia Bar No. 403925
 *dankent@kentrisley.com*                       *tjones@taylorenglish.com*
 KENT & RISLEY LLC                              TAYLOR ENGLISH DUMA LLP
 5755 N. Point Pkwy, Suite 57                   1600 Parkwood Circle, Suite 200
 Alpharetta, GA 30022                           Atlanta, GA 30339
 (404) 585-4214                                 (770) 434-6868
 (404) 829-2412 (fax)                           (770) 434-7376 (fax)

 Cabrach J. Connor, *pro hac vice*              Theodore J. Angelis, *pro hac vice*
 *cab@connorkudlaclee.com*                      *theo.angelis@klgates.com*
 Jennifer Tatum Lee, *pro hac vice*             Elizabeth J. Weiskopf, *pro hac vice*
 *jennifer@connorkudlaclee.com*                 *elizabeth.weiskopf@klgates.com*
 Kevin Sean Kudlac                              Nicholas F. Lenning, *pro hac vice*
 *kevin@connorkudlaclee.com*                    *nicholas.lenning@klgates.com*
 CONNOR KUDLAC LEE, PLLC                        K&L GATES LLP
 Suite 450                                      925 Fourth Avenue
 609 Castle Ridge Road                          Suite 2900
 Austin, TX 78746                               Seattle, WA 98104
 (512) 777-1254                                 (206) 623-7580
 (888) 387-1134 (fax)                           (206) 370-6006 (fax)

 Counsel for Plaintiff                          Counsel for Defendant
 SENDSIG, LLC                                   SQUARE, INC.

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that this brief has been prepared in 14 point Times New Roman font in accordance with Local Rule 5.1(C).

*/s/ Todd E. Jones*
Todd. E. Jones
Georgia Bar No. 403925
